Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re: | Case No.23-10127-mkn |
|  | Trustee: Yarnall |
| VICKIE MARIE STARK | Chapter: 13 |
| Debtor(s) | EX PARTE |

**EX PARTE MOTION FOR CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

VICKIE MARIE STARK, the debtor in the above-captioned Chapter 13 bankruptcy case, by and through her undersigned attorney, respectfully requests this Court to enter an order converting this case to a case under Chapter 7 of the United States Bankruptcy Code.

In support of this motion, the debtor states as follows:

1. On 01/16/2023, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Las Vegas District of Nevada [ECF #1].

2. Debtor is now unable to continue making Chapter 13 Plan payments and respectfully requests conversion of this case to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a).

Motion to Convert Case Under Chapter 13 to Chapter 7

1

3.  Debtor has not previously converted her case from another chapter of the Bankruptcy Code.

4.  Debtor is eligible for Chapter 7 relief, as she meets the criteria required by the "means test" and has not received a Chapter 7 discharge within the past eight years.

5.  No other circumstances exist that would warrant denial of this motion.

WHEREFORE, VICKIE MARIE STARK respectfully requests that the Court enter an Order converting this Chapter 13 bankruptcy case to a case under Chapter 7 of the United States Bankruptcy Code.

Dated: 5/30/2023

Submitted by:

/s/ Seth D. Ballstaedt
Seth D. Ballstaedt, Esq
*Attorney for Debtor(s)*