Ballstaedt Law Firm, LLC d/b/a Fair Fee Legal Services
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #230
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| In re:<br><br>VICKIE MARIE STARK<br><br>Debtor(s) | Case No.23-10127-mkn<br>Trustee: Yarnall<br><br>Chapter: 13<br><br>EX PARTE |

## ORDER FOR EX PARTE MOTION FOR CONVERSION FROM CHAPTER 13 TO CHAPTER 7

**THIS MATTER** for the MOTION TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7; proper notice having been given and no oppositions being made, the Court having reviewed the Motion and based upon the papers and pleadings on file herein, and good

cause appearing:

. **IT ORDERED THAT**

1.  This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

2.  The Chapter 13 Trustee within 30 days of the date of this ORDER shall file an accounting of all receipts and distributions made together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

3.  The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by Federal Rules of Bankruptcy Procedure 1019(4).

4.  The Debtor(s) within 15 days of the date of this order shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(c), if such documents have not already been filed.

5.  The Debtor(s) within 30 days of the date of this ORDER shall, if the case is converted after the confirmation of this plan, file:

   a.  a schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order;

   b.  a schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order;

   c.  a schedule of unpaid debts not listed in the final report and account of the Chapter 13 Trustee which were incurred after the commencement of the Chapter 13 case but before the entry of this conversion order, as required by Federal Rule of Bankruptcy Procedure 1019(5); and

   d.  a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(2)(A), and Federal Rule of Bankruptcy Procedure 1019(1)(B), and conforming to Official Form 8A.

Submitted by:
/s/ Seth D. Ballstaedt
Seth D. Ballstaedt, Esq.
*Attorney for Debtor(s)*

Motion to Convert Case Under Chapter 13 to Chapter 7

4

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_X_ The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this processed order to all counsel who appeared at the hearing, and each has approved the order, or failed to respond, as indicated below:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| | | | |

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Motion to Convert Case Under Chapter 13 to Chapter 7